IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYEEN HILL, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | NO. 21-389 |
| v. | : | |
| | : | |
| SUPERINTENDENT KEVIN KAUFFMAN, et al., | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this 29th day of September, 2021, upon careful and independent consideration of the petition, memorandum in support, response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED AND DISMISSED**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER,           J.